UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-80037-CIV-MARRA

KENNETH FAND,

     Plaintiff,
vs.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

     Respondent.
_____/

## OPINION AND ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Report and Recommendation on Defendant's Response to this Court's Order and Motion for Additional Time to Complete Postremand Proceedings (DE 19), filed August 9, 2010.  See DE 20.  No objections have been filed to the Magistrate Judge's Report and the deadline to file objections has passed.  The Court has reviewed the record *de novo*, considering the Plaintiff's Complaint Against Commissioner of Social Security (DE 1), Defendant's Response to this Court's Order and Motion for Additional Time to Complete Postremand Proceedings (DE 19), the Report of the Magistrate Judge (DE 20), and the entire record.

The Magistrate Judge filed a Report and Recommendation (DE 20), recommending that Defendant's Motion for Additional Time to Complete Postremand Proceedings (DE 19) be granted in part.  The Report states that the Commissioner should be allowed to complete the necessary administrative proceedings and that, in order to accomplish this, the case should be remanded in full to the Commissioner and the instant federal case should be closed.

After reviewing the Report and Recommendation, and noting that no objections have been filed, the Court accepts and adopts its findings and conclusions as to Defendant's Motion

for Additional Time to Complete Postremand Proceedings (DE 19).  For the reasons stated in Magistrate Judge Lynch's Report, and upon independent review, it is

**ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation on Defendant's Motion for Additional Time to Complete Postremand Proceedings (DE 19) is hereby **ADOPTED**.

2. Defendant's Motion for Additional Time to Complete Postremand Proceedings (DE 19) is **GRANTED IN PART**.

3. The case is hereby **REMANDED IN FULL** to the Commissioner to complete the necessary administrative proceedings.

4. The instant federal case is **CLOSED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 27th day of August, 2010.

_____
KENNETH A. MARRA
United States District Judge

Copes to:
Magistrate Judge Frank J. Lynch, Jr.

all counsel of record

Jeffrey W. Dickstein, AUSA

Kenneth Fand, pro se
1504 Meadow Wood Drive
Wellington, FL 33414